# EXHIBIT E

# APPENDIX A

Jeffrey Max Legg's VAMC-Syracuse Medical Records
Deposition Transcripts:
  Kim Nancy S. Duque, M.D.
  Bethany D. Joncas
  Gregory G. Moss, LCSW
  Prashant Kaul, M.D.
  Robert Kotz, M.D.)
Memo/VA/Form 95
Arden Forensics Report
Pathology Report/Autopsy (Lourdes Hospital) and Toxicology
  Report (NMS Labs)
Declaration Steven A. Fayer, M.D.
VA/DoD  Clinical Practice Guidelines for Management of:
  Post-Traumatic Stress
  Major Depressive Disorder (MDD)
  Substance Use Disorders (SUD)
VHA Handbook 1160.1
VistA PCMM
CRS Report for Congress: Suicide Prevention Among Veterans N/C
FDA Prescribing Information on Ambien
Sanofi-Aventis Medication Guide Ambien
"Mixing Ambien with  Alcohol," *Addiction Blog*, April 3, 2012